[In the matter of William N. Taylor & Co., bankrupts.]

A petition for adjudication was filed in this case previous to the passage of the amendments of June 22, 1874. An adjudication was not had, however, thereon, until subsequent thereto, section 12 of said amendment being retrospective. A petition signed by the requisite amount in number and value of their creditors was filed, praying the court to make such order of confirmation or adjudication as would validate such proceedings.

Mr. Cleeman, for petitioning creditors.

THE COURT vacated the warrant heretofore issued, and newly adjudged said firm bankrupts, and ordered the issuing of a new order of adjudication.

TAYLOR, In re. See Case No. 11,977

## Case No. 13,777.

TAYLOR v. The ANN D. RICHARDSON.

[See Case No. 410.]

## Case No. 13,778.

TAYLOR v. ARCHER et al.

[8 Blatchf. 315; 4 Fish. Pat. Cas. 449.] [1]

Circuit Court, S. D. New York. April, 1871.

PATENTS—DISCLAIMER — EQUIVALENTS — FIRST INVENTOR—COSTS—FLEXIBLE GAS TUBING.

1. Letters patent were granted to William B. S. Taylor, February 21st, 1865, for an "improved flexible tubing for illuminating gas." The assignee of the patent brought this suit, and, during its pendency, died. His administrator was substituted as plaintiff. The claim of the patent was, "the use and application of glue, or glue composition, in the tubing, substantially as described, for the purpose of making the flexible tubing gas tight, whether of cloth, or rubber, or other gum." During the pendency of the suit, the plaintiff, as sole owner of the patent, filed in the patent office a disclaimer to that part of the claim of the patent "which claims, as an improvement in flexible tubing for illuminating gas, the use and application of glue, thereby limiting the claim to the use and application of glue composition in the tubing, substantially as described, for the purpose of making the flexible tubing gas tight, whether of cloth, rubber, or other gum." Held, that the disclaimer was valid.

[Cited in Smith v. Nichols, 21 Wall. (88 U. S.) 117; Dunbar v. Meyers, 94 U. S. 194; Electrical Accumulator Co. v. Julien Electric Co., 38 Fed. 135.]

2. The glue composition of the plaintiff's patent was made of glue, dissolved in water, with molasses, (or, by substitution, glycerine,) honey or syrup added to preserve the glue in a flexible state. The defendant's tubes were made by the use of glue and glycerine in connection with animal intestines, used in a tubular form. Animal intestines were shown to have been, at the date of the patent, a known equivalent, in the making of flexible gas tubes, for the cloth or rubber or gum spoken of in the patent. The plaintiff used the glue to render the tube gas tight, and the glycerine to keep the glue moist. Glue was shown to be practically impervious to gas. The glycerine, in the defendant's tubes, kept the intestine moist, and the glue moist also, and the glue acted, also, to keep the glycerine limpid. Held, that the defendant's tubes infringed the patent.

3. The said patent to Taylor is valid.

4. Although the patentee may have started later in his experiments towards the invention than another person did, yet, as he first made the completed successful invention and followed it up by his patent, he must, in the race of diligence, be held to be the first inventor.

5. The plaintiff was held not to be entitled to recover costs, his disclaimer having been filed during the pendency of the suit.

[Cited in Guarantee Trust & Safe-Deposit Co. v. New Haven Gaslight Co., 39 Fed. 269.]

[This was a bill in equity, filed to restrain the defendants [Ellis S. Archer and others] from infringing letters patent [No. 46,507] for an "improved flexible tubing for illuminating gas," granted to William B. S. Taylor, February 21, 1865, and assigned to Frederick R. Taylor, July 10, 1866.] [2]

Charles M. Keller and Charles F. Blake, for plaintiff.
George Gifford, for defendants.

BLATCHFORD, District Judge. This suit was brought in August, 1866, by Frederick R. Taylor, as plaintiff. He died in October, 1866, and his administrator, William B. S. Taylor, was substituted as plaintiff. The suit is founded on letters patent granted to William B. S. Taylor, February 21st, 1865, for an "improved flexible tubing for illuminating gas," and assigned to Frederick R. Taylor, July 10th, 1866.

The specification says: "My said invention consists in the use of glue, or a composition of which glue forms a principal ingredient, as a coating or lining for flexible tubing used for the conduction of illuminating gas, and for the purpose of making such tubing impervious to the gas or its fluids." Four figures of drawings are then given, one showing a section of a rubber tube, with an inner lining or coating of glue; one showing a rubber tube, with a glue coating and a rubber covering; one showing a cloth tube, with a glue coating and a cloth covering; and one showing a cloth tube saturated with glue and having a covering of rubber or cloth. The specification proceeds: "I depend upon the glue to prevent the gas from penetrating through the tubing. In coating or saturating the tubing, the glue may be dissolved in water, and a portion, say one-third, of molasses, honey, or syrup added, to preserve the glue in a flexible state. Glycerine will answer as a substitute for molasses. The glue or glue composition is applied hot.

[1] [Reported by Hon. Samuel Blatchford, District Judge, and by Samuel S. Fisher, Esq., and here compiled and reprinted by permission. The syllabus and opinion are from 8 Blatchf. 315, and the statement is from 4 Fish. Pat. Cas. 449.]

[2] [From 4 Fish. Pat. Cas. 449.]